Izaak D. Schwaiger, SBN 267888
**SCHWAIGER LAW FIRM**
130 Petaluma Avenue, Suite 1A
Sebastopol, CA 95472
Tel: (707) 595-4414
Fax: (707) 581-1983
izaak@izaakschwaiger.com

John Houston Scott, SBN 72578
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net

William A. Cohan, SBN 141804
**WILLIAM A. COHAN, P.C.**
P.O. Box 3448
Rancho Santa Fe, CA 92067
Tel: (858) 832-1632
Fax: (858) 832-1845
bill@williamacohan.com

Attorneys for Plaintiffs BRIAN PAYNE, JESSE SCHWARTZ, JOSHUA SURRAT, JASON HARRE, and JACOB FORD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN PAYNE, JESSE SCHWARTZ, JOSHUA SURRAT, JASON HARRE, and JACOB FORD,<br><br>Plaintiffs,<br>v.<br><br>CITY OF ROHNERT PARK, BRENDAN JACY TATUM, JOSEPH HUFFAKER, CHRISTOPHER SNYDER, JEFFREY TAYLOR, BRIAN MASTERSON and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 4:19-cv-05058-HSG<br><br>**STIPULATION AND ORDER TO FILE AMENDED COMPLAINT FOR DAMAGES** |

1         WHEREAS on August 16, 2019 Plaintiffs Brian Payne, Jesse Schwartz, Joshua Surrat, Jason Harre, and Jacob Ford filed a complaint alleging, inter alia, violations of their civil rights stemming from actions of the defendants; and

        WHEREAS the parties sought early resolution of those claims prior to engaging in discovery, and were referred to Magistrate Judge Beeler for a settlement conference on January 15, 2020 ; and

        WHEREAS two additional individuals with similar claims – Sean Haar and Kevin McGilbra – not presently named as plaintiffs, became known to the parties prior to the January 15 settlement conference, and by agreement of the parties were included in the settlement discussions so as to conserve judicial resources; and

        WHEREAS the claims of all individuals were able to be settled, subject to the standard contingencies of board approvals; and

        WHEREAS the parties desire to expedite the finalization of the settlement process by filing an amended complaint to include the claims of Messrs. Haar and McGilbra;

        IT IS HEREBY STIPULATED by and between the parties hereto, and through their attorneys of record, that pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs may file a First Amended Complaint, a draft copy of which is attached hereto as Exhibit A.

        The parties FURTHER STIPULATE that given the January 15, 2020 global conditional settlement of all 7 plaintiffs' claims, including Haar and McGilbra, responsive pleadings to the amended complaint by all defendants, and each of them, is stayed pending final approval of the conditional settlement by the relevant government agencies, and the filing of a stipulation for dismissal with prejudice of the entire action with each side to bear their own fees and costs.

Dated:  January 30, 2020                                                                               **SCHWAIGER LAW FIRM**

                                                                                               By: /s/Izaak D. Schwaiger
                                                                                                   Izaak D. Schwaiger
                                                                                                    Attorneys for Plaintiffs

Dated: January 30, 2020　　　　　　　　　　**BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

By: /s/Gregory M. Fox
　　Gregory M. Fox
　　Attorney for Defendant City of
　　Rohnert Park

Dated: January 30, 2020　　　　　　　　　　**ANGELO, KILDAY & KILDUFF, LLP**

By: /s/Derick E. Konz
　　Derick E. Konz
　　Attorney for Defendant
　　Brendan Jacy Tatum

Dated: January 30, 2020　　　　　　　　　　**ALLEN GLAESSNER HAZELWOOD WERTH**

By: /s/Dale L. Allen, Jr.
　　Dale L. Allen, Jr.
　　Attorney for Defendant
　　Joseph Huffaker

# ORDER

Good cause appearing, the Stipulation is **SO ORDERED**.

Date: 1/31/2020

_____
The Honorable Haywood S. Gilliam Jr.
United States District Court Judge

- 3 -

STIPULATION AND ORDER TO FILE AMENDED COMPLAINT FOR DAMAGES