| | |
|---|---|
| Izaak D. Schwaiger, SBN 267888<br>Schwaiger Law Firm<br>130 Petaluma Avenue, Suite 1A<br>Sebastopol, CA 95472<br>Tel: (707) 595-4414<br>Fax: (707) 581-1983<br>izaak@izaakschwaiger.com | John Houston Scott, SBN 72578<br>Scott Law Firm<br>1388 Sutter Street, Suite 715<br>San Francisco, CA 94109<br>Tel: (415) 561-9601<br>Fax: (415) 561-9609<br>john@scottlawfirm.net |

William A. Cohan, SBN 141804
William A. Cohan, P.C.
P.O. Box 3448
Rancho Santa Fe, CA 92067
Tel: (858) 832-1632
Fax: (858) 832-1845
bill@williamacohan.com

Attorneys for Brian Payne, Jesse Schwartz, Joshua Surrat, Jason Harre, Jacob Ford, Sean Haar, and Terence McGilbra

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PAYNE, JESSE SCHWARTZ, JOSHUA SURRAT, JASON HARRE, JACOB FORD, SEAN HAAR, and TERENCE MCGILBRA<br><br>    Plaintiffs,<br>v.<br><br>CITY OF ROHNERT PARK, BRENDAN JACY TATUM, JOSEPH HUFFAKER CHRISTOPHER SNYDER, JEFFREY TAYLOR, BRIAN MASTERSON, and DOES 1-50, inclusive.<br><br>    Defendants. | Case No: 4:19-cv-05058-HSG<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FRCP, RULE 41); ORDER** |

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

The parties hereto, by and through their undersigned counsel, hereby stipulate to dismissal with prejudice of the above-captioned action in its entirety as to all defendants, each side to bear its own fees and costs, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(s)(A)(ii).

Dated: March 19, 2020　　　　　　　　　　**SCHWAIGER LAW FIRM**

By: /s/Izaak D. Schwaiger
　　Izaak D. Schwaiger
　　Attorneys for Plaintiffs
　　BRIAN PAYNE, JESSE SCHWARTZ,
　　JOSHUA SURRAT, JASON HARRE,
　　JACOB FORD, SEAN HAAR, and
　　TERENCE MCGILBRA

Dated: March 19, 2020　　　　　　　　　　**BERTRAND, FOX, ELLIOTT, OSMAN & WENZEL**

By: /s/Gregory M. Fox
　　Gregory M. Fox
　　Attorneys for Defendants
　　CITY OF ROHNERT PARK,
　　CHRISTOPHER SNYDER, JEFFREY
　　TAYLOR, and BRIAN MASTERSON

Dated: March 19, 2020　　　　　　　　　　**ALLEN, GLAESSNER, HAZELWOOD & WERTH LLP**

By: /s/Dale L. Allen, Jr.
　　Dale L. Allen
　　Attorneys for Defendant
　　JOSEPH HUFFAKER

Dated: March 19, 2020　　　　　　　　　　**ANGELO, KILDAY & KILDUFF, LLP**

By: /s/Derick E. Konz
　　Derick E. Konz
　　Attorneys for Defendant
　　BRENDAN JACY TATUM

- 1 -

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FRCP, RULE 41)

# ELECTRONIC CASE FILING ATTESTATION

I, Derick E. Konz, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

Dated: March 19, 2020 **ANGELO, KILDAY & KILDUFF, LLP**

By: /s/Derick E. Konz
Derick E. Konz

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/20/2020   _____
United States District Court Judge